UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD J. POWER | * |
|    Plaintiff, | *    CIVIL ACTION NO.:2:19-cv-14627 |
| v. | *    JUDGE: ELDON E. FALLON |
| LOUISVILLE LADDER INC. | *    MAGISTRATE: DANA DOUGLAS |
|    Defendant. | * |

**LOUISVILLE LADDER INC.'S EXHIBIT LIST**

    **NOW INTO COURT**, through undersigned counsel, come defendant, Louisville Ladder Inc., who lists the following exhibits that it may introduce at the trial of this matter:

1. ANSI standard for the subject ladder (ANSI A 14.2);

2. The design drawings for the subject ladder (W-2212-06S);

3. The test records for the subject ladder (W-2212-06S);

4. Photographs of the accident ladder;

5. Photographs of the accident scene;

6. Michael VanBree's photographs;

7. The ladder involved in the accident;

8. Plaintiff's medical records;

9. Plaintiffs' income tax returns and social security earning records;

10. Claim Acknowledgment Form (for impeachment purposes only);

11. Warnings, instructions and other labels on the subject ladder;

12. Plaintiff's social security or collateral source records;

13. Records pertaining to plaintiff's car accidents (including traffic accident reports, photographs and medicals);

14. Plaintiff's civil records and Petitions, including, but not limited to:

    a. *Gerald Power v Keshondra Woodruff, et al*,;

    b. *Gerald Power v. Jack E. Castro, et al.*;

    c. *Gerald Power v. Jessie Swoop*;

    d. *Julio Ortiz v. Gerald Power*;

    e. *Gerald J. Power v. Life Insurance Company of Va*;

    f. *Joan T. Bonnet v. Gerald J. Power*;

    g. *Julio C. Ortiz v. Gerald Power*.

15. Videos/CDs of testing of exemplar stepladders and/or accident reconstruction (including testing performed by Michael VanBree or Louisville Ladder or ESI);

16. Videos/CDs of ANSI testing of exemplar stepladder (including testing performed by Michael VanBree or Louisville Ladder);

17. Plaintiff's answers to Louisville Ladder's Multiple Sets of Interrogatories, Request for Production and Request for Admissions;

18. Videos/CDs of side impact testing on exemplar stepladders;

19. Plaintiff's diagnostic tests (CT, MRI, x-rays, EMG/NC, etc. . .);

20. Letters/correspondence to doctors from plaintiff's counsel;

21. Michael VanBree's article entitled "Structural Stepladder Failure: Analysis of Root Cause";

2

22. Plaintiff's records from Ochsner Clinic/Hospital;

23. Plaintiff's records from Dr. Jason Kennedy;

24. Plaintiff's records from Dr. Shibu Varaughese (Bethesda Medical Clinic);

25. Test and exemplar stepladders;

26. Plaintiff's prescription drug records (including records from Walgreen's and Ochsner);

27. Medical literature (with side effects) on Tramadol, Testosterone Cypionate, Ultram, Atenolol and/or Tenormin and Esomeprazole and/or Nexium;

28. Medical histories provided by plaintiff on mechanics of accident and prior injuries

29. Plaintiff's Petition for Damages (for impeachment purposes only);

30. Any document attached to a deposition as an exhibit;

31. Any and all exhibits listed or introduced by plaintiff.

Respectfully submitted,

**KEAN MILLER LLP**

*/s/ James R. Silverstein*
**JAMES R. SILVERSTEIN (#12074), T.A.**
**R. CHAUVIN KEAN (#36526)**
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
Email: james.silverstein@keanmiller.com
*Counsel for Defendant,*
*Louisville Ladder Inc.*

## CERTIFICATE OF SERVICE

This pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants on **June 16, 2020.**

/s/ *James R. Silverstein*
**JAMES R. SILVERSTEIN**