UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALD J. POWER | * | |
| Plaintiff, | * | CIVIL ACTION NO.:2:19-cv-14627 |
| v. | * | JUDGE: ELDON E. FALLON |
| LOUISVILLE LADDER INC. | * | MAGISTRATE: DANA DOUGLAS |
| Defendant. | * | |

## LOUISVILLE LADDER INC.'S WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, come defendant, Louisville Ladder Inc., who lists the following witnesses that it may call at the trial of this matter:

1. Michael VanBree
   Louisville Ladder Inc.;

2. Marilyn Polsgrove
   Louisville Ladder Inc.;

3. Lori Bremick
   Louisville Ladder Inc.;

4. Gerald J. Power;

5. Richard Power;

6. Dr. Emily Spence and the other doctors at Louisiana Health Solutions;

7. Dr. Douglas Lurie;

8. Dr. Kevin Johnson;

9. Dr. John Kruse;

20683301_1

10. Dr. Kevin McDonald;

11. Dr. Richard Meyer;

12. Dr. Shibu Varughese;

13. Dr. Jason Kennedy;

14. Dr. Jerome Kurpel;

15. Dr. Patrick Wells;

16. Dr. Joseph Micelli;

17. Any and all physicians who have treated the plaintiff, including for his pre-existing cervical and lumbar injuries; shoulder injury; and knee injury;

18. Any and all experts (to be identified later) by the defendant within the time parameters specified by the court (including Michael P. VanBree);

19. Erick Knox (ESI)
    Chicago, Illinois

20. Any witnesses listed or called by plaintiff.

Respectfully submitted,

**KEAN MILLER LLP**

*/s/ James R. Silverstein*
**JAMES R. SILVERSTEIN (#12074), T.A.**
**R. CHAUVIN KEAN (#36526)**
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone:   (504) 585-3050
Facsimile:   (504) 585-3051
Email: james.silverstein@keanmiller.com
***Counsel for Defendant,***
***Louisville Ladder Inc.***

2

## CERTIFICATE OF SERVICE

This pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants on **June 16, 2020.**

/s/ *James R. Silverstein*
JAMES R. SILVERSTEIN